Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC ARNOLD,<br><br>Defendant. | Case No. CV-04-3493 EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ERIC ARNOLD; [PROPOSED] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action without prejudice as to Defendant Eric Arnold ("Defendant").  This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter.  Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ERIC ARNOLD; [PROPOSED] ORDER THEREON**

1           Defendant answered the Complaint on or about May 24, 2005.  DIRECTV,

2  therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court

3  order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an

4  order dismissing Defendant without prejudice.

5  DATED: November 1, 2005          Respectfully Submitted,

6                                 BUCHALTER NEMER
                                 A Professional Corporation

7

8

9                           By:_____/s/ Brandon Q. Tran_____
                                 Brandon Q. Tran

10                          Attorneys for Plaintiff DIRECTV, Inc.

11

12                           **<u>ORDER</u>**

13           Having read the foregoing Request for Voluntary Dismissal of Defendant

14  Eric Arnold filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed

15  appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as

16  follows:

17         1.      This action is hereby dismissed without prejudice as against Defendant

18  Eric Arnold;

19         2.      Each party shall bear its/his own attorneys' fees and costs incurred in this action to

20  date.

21  DATED:  November 2, 2005

22                          _____

23                          Honorable Elizabeth D. Laporte
                          United States District Court
                          Northern District of California

24

25

26

27

28

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ERIC ARNOLD;
[~~PROPOSED~~] ORDER THEREON**